UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE BANK, N.A,<br><br>Defendant. | CIVIL ACTION NO.<br>1:21-CV-03586-JPB |

**ORDER TERMINATING CONSENT ORDER AND DISMISSING WITH PREJUDICE**

The United States of America, having moved the Court to terminate the Consent Order and dismiss this matter with prejudice, and with Cadence Bank consenting to the motion, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that, with the consent of the United States and Cadence Bank, the Consent Order in this case is **TERMINATED** and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 29th day of May, 2025.

J. P. BOULEE
United States District Judge